IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-499-RJC-DCK

| | |
|---|---|
| GRANT MACSWAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| PERFORMANCE FRICTION CORPORATION, ) et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY ORDERED** that the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) filed December 2, 2009 is **GRANTED** and James B. Zouras, Esq. hereby is admitted to practice *pro hac vice* in this matter in accordance with Local Rule 83.1(B).

**IT FURTHER APPEARS** that Mr. Zouras has associated Tamara W. Brooks of Brooks Law Office as local counsel.

**IT IS THEREFORE ORDERED** that James B. Zouras, Esq. be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel appearing specially for Plaintiff.

Signed: December 2, 2009

David C. Keesler
United States Magistrate Judge